**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Detra A. Brison a/k/a Detra A. Brison-Norman | CHAPTER 13 |
| Debtor(s) | BKY. NO. 22-12804 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Associated Bank and index same on the master mailing list.

Respectfully submitted,

/s/ Mark A. Cronin
Mark Cronin
23 Jun 2023, 15:33:27, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322