United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12804-amc |
| Detra A. Brison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Detra A. Brison, 403 Thompson St., Avondale, PA 19311-1117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Associated Bank mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Hoffy Unlimited  LLC ckohn@hoflawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 23, 2023 | Form ID: pdf900 | Total Noticed: 1 |

STEPHEN M HLADIK
    on behalf of Creditor Hoffy Unlimited  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

TIMOTHY ZEARFOSS
    on behalf of Debtor Detra A. Brison tzearfoss@aol.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Detra A. Brison a/k/a Detra A. Brison-Norman<br>IN RE: Detra A. Brison a/k/a Detra A. Brison-Norman<br>                Debtor(s) | CHAPTER 13 |
| Associated Bank<br>                Movant<br>vs. | NO. 22-12804 AMC |
| Detra A. Brison a/k/a Detra A. Brison-Norman<br>                Debtor(s)<br><br>Dontia Brison<br>                Co-Debtor<br><br>Kenneth E. West<br>                Trustee | 11 U.S.C. Section 362 and 1301 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the Vehicle held by the Movant on the Debtor's 2016 Honda CR-V, bearing a VIN Number 5J6RM4H4XGL025999 is **$2,609.32**, which breaks down as follows;

Post-Petition Payments:    February 2023 through August 2023 at $372.76/month
**Total Post-Petition Arrears**    $2,609.32

2. Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on September 2023 and continuing through February 2024, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$372.76** on the vehicle on or before the first (1ˢᵗ) day of each month or when the date of their regular payment is due upon plus an installment payment of **$434.89 for September 2023 through January 2024 and $434.87 for February 2024** towards the arrearages on or before the last day of each month at the address below;

Associated Bank Auto Finance
PO Box 1368
Williamsville, NY 14231

    b). Maintenance of current monthly vehicle payments to the Movant thereafter.

  3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

  4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

  5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

  6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

  7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

  8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

  9. The parties agree that a facsimile signature shall be considered an original signature.

Date: August 4, 2023

                /s/ **Denise Carlon, Esquire**
                Denise Carlon, Esquire
                Attorney for Movant

Date: 8/21/23

                Timothy Zearfoss Esq.
                Attorney for Debtor(s)

Date: _8/22/2023_    /s/ Jack Miller, Esquire for The Chapter 13 Trustee
_____
Kenneth E. West, Esq.
Chapter 13 Trustee

*no objection to its terms, without prejudice to any of our rights and remedies*

Approved by the Court this _23rd_ day of _August_, 2023. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Ashely M. Chan