# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Bankruptcy No. 22-12804-AMC |
| | : |
| DETRA A. BRISON, | : Chapter 13 |
| aka DETRA A. BRISON-NORMAN, | : |
|     *Debtor* | : |
| _____ | : |
| DETRA A. BRISON | : |
| AKA DETRA A. BRISON-NORMAN, | : |
|     *Debtor*, | : |
| vs. | : |
| | : |
| HOFFY UNLIMITED, LLC, | : |
|     *Respondent,* | : |
| | : |
| | : |
| And | : |
| KENNETH E. WEST, ESQUIRE | : |
|     *Trustee.* | : |

## ORDER

**AND NOW**, this ____7th____ of November, 2023, upon consideration of the foregoing Stipulation of the Parties, the Stipulation is hereby made an Order of this Court in Disposition of Debtor's Motion to Determine Value of Property, and the value of the real property located at **403 Thompson Street, Avondale, PA 19311** is hereby set at **$65,000.00** for purposes of this bankruptcy case only.

                                              BY THE COURT:

                                              _____
                                              ASHELY M. CHAN
                                              UNITED STATES BANKRUPTCY JUDGE