United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-12804-amc

Detra A. Brison                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                                  Page 1 of 2

Date Rcvd: Nov 07, 2023                    Form ID: pdf900                                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Detra A. Brison, 403 Thompson St., Avondale, PA 19311-1117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2023                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Associated Bank mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Hoffy Unlimited  LLC ckohn@hoflawgroup.com |

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: Nov 07, 2023                      Form ID: pdf900                          Total Noticed: 1

STEPHEN M HLADIK
                    on behalf of Creditor Hoffy Unlimited  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com

TIMOTHY ZEARFOSS
                    on behalf of Debtor Detra A. Brison tzearfoss@aol.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : Bankruptcy No. 22-12804-AMC |
| DETRA A. BRISON, | : Chapter 13 |
| aka DETRA A. BRISON-NORMAN, | : |
| *Debtor* | : |
| | : |
| DETRA A. BRISON | : |
| AKA DETRA A. BRISON-NORMAN, | : |
| *Debtor*, | : |
| vs. | |
| | : |
| HOFFY UNLIMITED, LLC, | |
| *Respondent,* | |
| | : |
| | : |
| And | : |
| KENNETH E. WEST, ESQUIRE | : |
| *Trustee.* | : |

**ORDER**

**AND NOW**, this _____7th_____ of November, 2023, upon consideration of the

foregoing Stipulation of the Parties, the Stipulation is hereby made an Order of this Court

in Disposition of Debtor's Motion to Determine Value of Property, and the value of the

real property located at **403 Thompson Street, Avondale, PA 19311** is hereby set at

**$65,000.00** for purposes of this bankruptcy case only.


BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE