# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-12804-AMC |
| DETRA A. BRISON | : Chapter 13 |
| AKA DETRA A. BRISON-NORMAN | : |
| *Debtor* | : |
| | : |
| HOFFY UNLIMITED, LLC | : |
| *Movant* | : |
| vs. | : |
| DETRA A. BRISON | : |
| AKA DETRA A. BRISON-NORMAN, | : |
| *Debtor/Respondent* | : |
| And | : |
| KENNETH E. WEST, ESQUIRE | : |
| *Trustee* | : |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF THE PLAN

TO THE CLERK:

Please mark the Objection to Confirmation of the Plan, filed on June 13, 2023 as Doc. #47, as withdrawn without prejudice.

Respectfully submitted,

/s / Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 66287
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: shladik@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 22-12804-AMC |
| DETRA A. BRISON | : Chapter 13 |
| AKA DETRA A. BRISON-NORMAN | : |
| *Debtor* | : |
| | : |
| HOFFY UNLIMITED, LLC | : |
| *Movant* | : |
| vs. | : |
| DETRA A. BRISON | : |
| AKA DETRA A. BRISON-NORMAN, | : |
| *Debtor/Respondent* | : |
| And | : |
| KENNETH E. WEST, ESQUIRE | : |
| *Trustee* | : |

## CERTIFICATE OF MAILING

I, Stephen M. Hladik, Esquire, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on November 17, 2023.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

| | |
|---|---|
| Timothy Zearfoss, Esquire | Detra A. Brison |
| Via Electronic Filing | aka Detra A. Brison-Norman |
| *Attorney for Debtor* | 403 Thompson Street |
| | Avondale, PA 19311. |
| Kenneth E. West, Esquire | Via First Class Mail |
| Via Electronic Filing | *Debtor* |
| *Trustee* | |

/s / Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 66287
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: shladik@hoflawgroup.com
