United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12804-amc |
| Detra A. Brison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 30, 2024 | Form ID: 155 | Total Noticed: 11 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Detra A. Brison, 403 Thompson St., Avondale, PA 19311-1117 |
| 14729730 | + | ASSOCIATED BANK, 200 N.ADAMS ST, Green Bay, WI 54301-5174 |
| 14793462 | + | Associated Bank, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14733122 | + | Associated Bank, P.O. Box 1250, Williamstown, NY 14231-1250 |
| 14733012 | + | Associated Bank, c/o J. Ward Holliday & Associates, P.C., 5930 Royal Lane, Suite 279, Dallas, Texas 75230-3849 |
| 14729731 | + | HOFFY UNLIMITED LLC, 200 W. MAIN ST., STE 109, Lansdale, PA 19446-2036 |
| 14771902 | + | Hoffy Unlimited, LLC, PO Box 645, Horsham, PA 19044-0645 |
| 14771746 | + | Hoffy Unlimited, LLC., c/o Sarah K. McCaffery, Esquire, Hladik,Onorato and Federman,LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14793293 | ^ | MEBN | Jan 31 2024 00:22:25 | Associated Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14729732 | ^ | MEBN | Jan 31 2024 00:22:32 | PENN MEDICINE, PO BOX 824406, Philadelphia, PA 19182-4406 |
| 14729757 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2024 00:25:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2024          Signature:          /s/Gustava Winters

District/off: 0313-2　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 30, 2024　　　　　　　　　Form ID: 155　　　　　　　　　　　　　　Total Noticed: 11

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Associated Bank mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Hoffy Unlimited LLC ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Hoffy Unlimited LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Detra A. Brison tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Detra A. Brison
       Debtor(s)                                               Chapter: 13

                                                                 Bankruptcy No: 22−12804−amc
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this January 30, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                 Ashely M. Chan
                                                                 Judge, United States Bankruptcy Court

                                                                                                                                                         80
                                                                                                                                                        Form 155