# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Detra A. Brison aka Detra A. Brison-Norman <br> _Debtor(s)_ | Chapter 13 |
| Associated Bank <br> _Movant_ <br> v. | NO. 22-12804 AMC |
| Detra A. Brison aka Detra A. Brison-Norman <br> _Debtor(s)_ | 11 U.S.C. Sections 362 and 1301 |
| Dontia Brison <br> _Co-Debtor_ | |
| Kenneth E. West <br> _Trustee_ | |

## ORDER

AND NOW, this 10th day of April, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 23, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns, to take possession and sell, lease, and otherwise dispose of the 2016 Honda CR-V, 5J6RM4H4XGL025999, in a commercially reasonable manner.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.