United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12804-amc

Detra A. Brison                                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Detra A. Brison, 403 Thompson St., Avondale, PA 19311-1117 |
| cr | + Associated Bank, P.O. Box 1250, Williamstown, NY 14231-1250 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Associated Bank bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Associated Bank mfarrington@kmllawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Hoffy Unlimited  LLC smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| STEPHEN M HLADIK | on behalf of Creditor Hoffy Unlimited  LLC shladik@hoflawgroup.com, ckohn@hoflawgroup.com |

District/off: 0313-2                              User: admin                                    Page 2 of 2
Date Rcvd: Apr 10, 2024                           Form ID: pdf900                                 Total Noticed: 2

TIMOTHY ZEARFOSS
                          on behalf of Debtor Detra A. Brison tzearfoss@aol.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE:  Detra A. Brison aka Detra A. Brison-Norman | Chapter 13 |
| Debtor(s) | |
| Associated Bank | |
| Movant | NO. 22-12804 AMC |
| v. | |
| Detra A. Brison aka Detra A. Brison-Norman | |
| Debtor(s) | 11 U.S.C. Sections 362 and 1301 |
| Dontia Brison | |
| Co-Debtor | |
| Kenneth E. West | |
| Trustee | |

## ORDER

AND NOW, this **10th** day of **April**, 2024 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on August 23, 2023, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns, to take possession and sell, lease, and otherwise dispose of the 2016 Honda CR-V, 5J6RM4H4XGL025999, in a commercially reasonable manner.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
United States Bankruptcy Judge.